No. 195. GÓMEZ *v.* CAPÓ ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with provisions of section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of the Supreme Court. *Mr. Bosch* for petitioner. *Mr. Texidor* for respondent.

---

No. 31. PÉREZ *v.* THE JUSTICE OF THE PEACE OF COMERÍO—Application for writ of *certiorari.* Decided October 10, 1907. Application denied. *Mr. José de Guzmán Benítez* for petitioner.

---

No. 160. PÉREZ *v.* EUGUI & Co.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 10, 1907. Appeal dismissed on account of failure to comply with the provision of section 54 of the Rules of this court. *Mr. Eduardo Acuña and Palacios Rodríguez* for petitioner. *Mr. López Landrón* for respondent.

---

No. 141. RAMOS *v.* ORCASITAS ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 15, 1907. Motion overruled. *Mr. Manuel F. Rossy* for petitioner. *Messrs. Cuevillas and Méndez* for respondent.

---

No. 185. ROSSY *v.* MOLLFULLEDA ET AL.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided October 15, 1907. Appeal dismissed on account of failure to comply with provisions of section 50 of the Rules of this court. *Mr. Manuel F. Rossy* for petitioner. *Mr. Mollfulleda* for respondent.